1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   MADERO POUNCIL,                       Case No.: 1:17-cv-00547-BAM (PC)

12              Plaintiff,                  ORDER DENYING IN FORMA PAUPERIS
                                            APPLICATION WITHOUT PREJUDICE
13        v.                                (ECF No. 2)

14   STU SHERMAN, et al.,
                                            ORDER TO SUBMIT PRISONER
15              Defendants.                 APPLICATION TO PROCEED IN FORMA
                                            PAUPERIS OR PAY FILING FEE WITHIN
16                                          **FORTY-FIVE (45) DAYS**

17

18
         Plaintiff Madero Pouncil is a state prisoner proceeding pro se in this civil action pursuant
19
     to 42 U.S.C. § 1983. Plaintiff initiated this action on April 18, 2017. (ECF No. 1.) That same day,
20
     Plaintiff filed a motion requesting leave to proceed in forma pauperis pursuant to 28 U.S.C. §
21
     1915. (ECF No. 2.)
22
         However, Plaintiff's form is incomplete. On question 3, Plaintiff has responded that he
23
     has received money from gifts or inheritances, and other sources over the last twelve months.
24
     However, he has not described each source of money, the amount received, or whether he expects
25
     to continue to receive additional amounts, as required. Plaintiff has also not dated the form.
26
     Plaintiff must submit a completed form if he wishes for the application to be considered.
27
     ///
28

                                                  1

Accordingly, IT IS HEREBY ORDERED as follows:

1.    Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is DENIED, without prejudice;

2.    The Clerk of the Court is directed to serve this order and a blank IFP application for a prisoner on Plaintiff;

3.    Within **forty-five (45) days** from the date of service of this order, Plaintiff shall file the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action;

4.    No extension of time will be granted without a showing of good cause; and

5.    **<u>Plaintiff is warned that the failure to comply with this order will result in dismissal of this action, without prejudice.</u>**

IT IS SO ORDERED.

Dated:   **April 19, 2017**                    /s/ *Barbara A. McAuliffe*
                                                                UNITED STATES MAGISTRATE JUDGE