UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADERO POUNCIL,<br><br>              Plaintiff,<br><br>    v.<br><br>D. LOPEZ,<br><br>              Defendant. | Case No. 1:17-cv-00547-AWI-BAM (PC)<br><br>ORDER CONTINUING SETTLEMENT CONFERENCE FROM JUNE 5, 2019 TO JULY 11, 2019<br><br>(ECF Nos. 28, 30) |

Plaintiff Madero Pouncil is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On April 18, 2019, the Court issued an order setting this case for a settlement conference on June 5, 2019, at 11:00 a.m. at the United States Courthouse in Fresno, California before the undersigned. (ECF No. 28.) Pursuant to Defendant's request to move the settlement conference to a different date[1], the Court continues the June 5, 2019 settlement conference to **July 11, 2019, at 11:00 a.m.**, at the United States Courthouse in Fresno, California before the undersigned.  (ECF

---

[1] On May 8, 2019, Defendant filed a "Notice to Opt Out of Post-Screening ADR." (ECF No. 30.) However, since Defendant clearly states that he does not wish to miss an opportunity to engage in settlement discussions with Plaintiff and requests that the Court move the settlement conference from June 5, 2019 to a different date after June 10, 2019, the Court interprets Defendant's May 8, 2019 notice as a request for a continuance of the June 5, 2019 settlement conference, and not as a request to opt-out of having an early settlement conference with Plaintiff altogether.

1

No. 30.) The case will continue to be stayed for 90 days, and the Court will issue the necessary transportation order for Plaintiff in due course.

Accordingly, it is HEREBY ORDERED that:

(1) The settlement conference is continued from June 5, 2019 to **July 11, 2019, at 11:00 a.m.**, before Magistrate Judge Stanley A. Boone, in Courtroom 9 (SAB) at the United States Courthouse located at 2500 Tulare Street, Fresno, California 93721;

(2) The parties shall provide a confidential settlement statement as set forth in the Court's April 18, 2019 order and the confidential settlement statements shall arrive no later than **July 3, 2019**.

(3) All other provisions of the Court's April 18, 2019 order remain in full force and effect.

IT IS SO ORDERED.

Dated: **May 15, 2019**

UNITED STATES MAGISTRATE JUDGE