**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

MADERO POUNCIL,

          Plaintiff,

    v.

D. LOPEZ,

          Defendant.

)
)
)
)
)
)
)
)
)
)
)

Case No. 1:17-cv-00547-AWI-BAM (PC)

ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE MADERO POUNCIL, CDCR # E-39424

     A settlement conference in this matter commenced on July 11, 2019. Inmate Madero Pouncil, CDCR # E-39424 is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: __July 11, 2019__

_____
UNITED STATES MAGISTRATE JUDGE

1