# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| MADERO POUNCIL, | Case No. 1:17-cv-00547-AWI-BAM (PC) |
|---|---|
| Plaintiff, | ORDER FOLLOWING SETTLEMENT, VACATING DATES, AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS |
| v. | |
| D. LOPEZ, | |
| Defendant. | |

This action was filed on April 28, 2017. On July 11, 2019, this Court conducted a settlement conference. During the settlement conference, the parties reached a settlement agreement, with terms stated on the record.

Accordingly, it is HEREBY ORDERED that:

1. All pending motions, deadlines, and dates in this action are VACATED; and
2. Dispositional documents shall be filed within **fourteen (14) days** from the date of service of this order.

IT IS SO ORDERED.

Dated: __**July 11, 2019**__

UNITED STATES MAGISTRATE JUDGE

1