# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADERO POUNCIL,<br><br>    Plaintiff,<br><br>    v.<br><br>D. LOPEZ,<br><br>    Defendant. | Case No. 1:17-cv-00547-AWI-BAM (PC)<br><br>ORDER REQUIRING DEFENDANT LOPEZ TO RESPOND TO PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT<br><br>(ECF No. 41)<br><br>**FOURTEEN (14) DAY DEADLINE** |

Plaintiff Madero Pouncil is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On July 11, 2019, a settlement conference was held before the undersigned. The terms and conditions of the settlement agreement were placed on the record. (ECF No. 37.)

On July 26, 2019, the parties filed a stipulation to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), (ECF No. 39), and the action was terminated by operation of law, (ECF No. 40).

Currently before the Court is Plaintiff's letter to the Court, filed on January 15, 2020. (ECF No. 41.) In the letter, Plaintiff states that, as of January 13, 2020, he has not received payment pursuant to the settlement agreement and, therefore, he seeks an order requiring Defendant to pay the agreed upon amount as soon as possible. (Id.) The Court construes Plaintiff's letter as a motion to enforce the settlement agreement.

1

The Court finds it appropriate to require Defendant Lopez to file a response to Plaintiff's motion to enforce the settlement agreement. Accordingly, it is HEREBY ORDERED that, within **fourteen (14) days** from the date of service of this order, Defendant shall file a response to Plaintiff's motion to enforce the settlement agreement, (ECF No. 41). Plaintiff should not file any reply to Defendant's response absent further order from this Court.

IT IS SO ORDERED.

Dated:  **January 17, 2020**

UNITED STATES MAGISTRATE JUDGE